```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 44464
    GERI ITHERIA ERLER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-9403

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/05/2005 and was confirmed 12/01/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   25.00%.

      The case was dismissed after confirmation 04/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  UNSECURED        14847.12           .00         2813.73
DISCOVER FINANCIAL SERVI  UNSECURED        11935.36           .00         2486.92
PETER FRANCIS GERACI      DEBTOR ATTY       1,700.00                      1,700.00
TOM VAUGHN                TRUSTEE                                           424.36
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             7,425.01

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      5,300.65
ADMINISTRATIVE                                 1,700.00
TRUSTEE COMPENSATION                             424.36
DEBTOR REFUND                                       .00
                   ---------------        ---------------
TOTALS              7,425.01                   7,425.01

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
      Dated: 07/23/08           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```